IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Newman McIntosh & Hennessey, LLP**<br><br>*Plaintiff*<br><br>v.<br><br>**George W. Bush et al.**<br><br>*Defendants* | **CONSOLIDATED STATEMENT ON RETURN OF SERVICE**<br><br>Case 1:08-cv-00787-CKK<br>Assigned to Judge Kollar-Kotelly<br>Assignment Date: 5/7/08<br>Description: Civil Rights-Non-Employ. |

Comes now Newman McIntosh & Hennessey, LLP to inform the Court that the following Defendants were served with a summons and copy of the Amended Complaint as indicated by the return receipts attached.  Specifically:

- Defendant Acumen Legal Services (India) Pvt., Ltd. waived formal service and service was completed on May 16, 2008 (Exhibit 1);

- Service was made upon Attorney General Michael Mukasey on May 20, 2008 (Exhibit 2);

- Defendant George W. Bush was served at the White House on May 23, 2008 (Exhibit 3);

- Service was made upon the United States Attorney for the District of Columbia Jeffrey Taylor on May 23, 2008 (Exhibit 4);

4883615

- Defendant Acumen Solutions, LLC was served on June 3, 2008 (Exhibit 5).

Respectfully submitted this Wednesday, May 07, 2008.

*[signature]*

Joseph A. Hennessey, Esq.
DC Bar No. 453582
Newman McIntosh & Hennessey, LLP
7315 Wisconsin Avenue, 700 East
Bethesda, MD  20814
(301) 654-3400

## Joseph Hennessey

| | |
|---|---|
| **From:** | Joseph A. Hennessey, Esq. [jhennessey@nmhlaw.com] |
| **Sent:** | Friday, May 16, 2008 3:47 PM |
| **To:** | 'mohanty' |
| **Cc:** | 'jai.shetty@acumenlpo.com' |
| **Subject:** | Complaint Filed, NMH, LLP v. Acumen et al. |
| **Importance:** | High |
| **Categories:** | Acumen |
| **Attachments:** | Acumen.Service.Copy.Complaint.pdf |

| **Tracking:** | Recipient | Read |
|---|---|---|
| | 'mohanty' | |
| | 'jai.shetty@acumenlpo.com' | Read: 5/19/2008 5:04 AM |
| | 'aloysiuslaw2@yahoo.com' | |

Mr. Mohanty,

Our law firm has filed a complaint in the United States District Court for the District of Columbia that names Acumen Legal Services as a party/defendant.  The complaint that has been filed (attached), does not seek monetary damages from you.  Instead, the Complaint seeks clarification on the extent to which our law firm (or its competitors or adversaries) waives Fourth Amendment rights that are otherwise enjoyed by law firm clients when data is electronically transmitted to you.  The complaint also seeks a declaration regarding Acumen Legal Services India's obligations with respect to bringing such waivers to the attention of your clients as a necessary component of you doing business in the United States.  Your cooperation with assisting the United States District Court in it's determination will be greatly appreciated.

To that end, please let me know the most effective means of serving process on your company.  Please know that the Rules of Civil Procedure for the United States District Courts state as follows:

*Rule (d) Waiving Service.*

*(1) Requesting a Waiver. An individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons. The plaintiff may notify such a defendant that an action has been commenced and request that the defendant waive service of a summons. The notice and request must:*
   *(A) be in writing and be addressed: (i) to the individual defendant; or (ii) for a defendant subject to service under Rule 4(h), to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process;*
   *(B) name the court where the complaint was filed;*
   *(C) be accompanied by a copy of the complaint, two copies of a waiver form, and a prepaid means for returning the form;*
   *(D) inform the defendant, using text prescribed in Form 5, of the consequences of waiving and not waiving service;*
   *(E) state the date when the request is sent;*
   *(F) give the defendant a reasonable time of at least 30 days after the request was sent--or at least 60 days if sent to the defendant outside any judicial district of the United States--to return the waiver; and*
   *(G) be sent by first-class mail or other reliable means.*

*(2) Failure to Waive. If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant:*
   *(A) the expenses later incurred in making service; and*
   *(B) the reasonable expenses, including attorney's fees, of any motion required to collect those service*

Return of Service, Exhibit 1

6/18/2008

*expenses.*

*(3) Time to Answer After a Waiver. A defendant who, before being served with process, timely returns a waiver need not serve an answer to the complaint until 60 days after the request was sent--or until 90 days after it was sent to the defendant outside any judicial district of the United States.*

*(4) Results of Filing a Waiver. When the plaintiff files a waiver, proof of service is not required and these rules apply as if a summons and complaint had been served at the time of filing the waiver.*

*(5) Jurisdiction and Venue Not Waived. Waiving service of a summons does not waive any objection to personal jurisdiction or to venue.*

With this rule in mind, please let me know if Acumen Legal Services India will accept service of process by First Class U.S. Mail.

With appreciation in advance, I am

Sincerely yours,

Joe Hennessey

Newman McIntosh & Hennessey, LLP
The Air Rights Building
7315 Wisconsin Avenue, Suite 700 East
Bethesda, MD  20814
(301) 654-3400
(240) 465-3084 (fax)
JHennessey@nmhlaw.com
http://www.nmhlaw.com

---

**From:** mohanty [mailto:mohanty@acumenlpo.com]
**Sent:** Tuesday, April 22, 2008 4:33 AM
**To:** Joseph Hennessey
**Cc:** Anthony Newman
**Subject:** RE: Solicitation of Newman McIntosh & Hennessey, LLP

Dear Mr. Hennessey,
Thank you for your response and we appreciate your interest in our services.
We currently work for fourteen personal injury law firms in the U.S, and are constantly expanding our clientele.
Out of these five law firms practice medical malpractice as their core area.
Though we would be glad to share a few assignments with you, we would not be able to do so, due to our confidentiality and non- disclosure agreement with our clients.
However to let you access our quality of assignments we would be more than willing to undertake a pilot assignment and deliver it for your review.
To discuss this further I would be glad to call you at a convenient time suggested by you.
We look forward to hear from you and build a long-term relationship with your esteemed firm.

*Regards*
***A.Mohanty***
*Head Paralegal Services*
*Acumen Legal Services India (Pvt) Ltd.*
*Phone No: +91-40-66735596*
*Fax No: +91-40-66735594*
*VoIP: 302 355 3679*
*www.acumenlpo.com*

Return of Service, Exhibit 1

6/18/2008

*This electronic transmission contains information which is confidential and/or privileged. The information is intended for use only by the individual or entity named above. If you are not the intended recipient (or the employee or agent responsible for delivering this information to the intended recipient), you are hereby notified that any use, dissemination, distribution, or copying of this communication is prohibited. If you have received this information in error, please notify me immediately by electronic mail and delete all copies of the transmission. Thank you.*

---

**From:** Joseph Hennessey [mailto:JHennessey@nmhlaw.net]
**Sent:** Monday, April 21, 2008 11:39 PM
**To:** mohanty
**Cc:** Anthony Newman
**Subject:** Solicitation of Newman McIntosh & Hennessey, LLP

Mr. Mohanty,

My partner Anthony Newman forward the information you provided to him about your legal process outsourcing company ("LPO"). The information is interesting yet you don't provide any information about what other law firms use your services. Would we be the first? It would be helpful to us in our decision making to have specific examples of work you have done for specific attorneys or law firms so that we can better gauge if you are actually engaged in the practice areas in which we are active.

The pleasure of a response is requested.

Joe Hennessey

Newman McIntosh & Hennessey, LLP
The Air Rights Building
7315 Wisconsin Avenue, Suite 700 East
Bethesda, MD  20814
(301) 654-3400
(301) 351-5614 (cell)
(240) 465-3084
JHennessey@nmhlaw.com

```
!-- Virus-Free Mail Using AntiVirus for IQ Mail & QuickHeal Engine --!

--------------------------------------------------------
Acumen Legal Services ( India ) Pvt Ltd, Hyderabad, India


!-- Virus-Free Mail Using AntiVirus for IQ Mail & QuickHeal Engine --!
```

Return of Service, Exhibit 1

6/18/2008

## Joseph Hennessey

**From:** md [md@acumenlpo.com]
**Sent:** Monday, May 26, 2008 7:51 AM
**To:** jhennessey@nmhlaw.com
**Subject:** Complaint - NMH,LLP V. Acumen - Waiver of Summons
**Attachments:** ATT01508.txt

Dear Joe Hennessey,

        It is pleasure to introduce myself to you as Managing Director of Acumen Legal Services (I) Pvt Ltd., I have learnt from my colleagues and gone through the complaint filed by your learned self. As per your e-mail dated 17th May 2008, we appreciate the rule position and intimate our consent for waiver of service of summons in this case.

With Regards,



RAJASHEKAR THALLAPALLY
Managing Director
For Acumen Legal Services (India) Private Limited.,
6-3-351, Ravi Chambers,
2nd Floor, Road No.1
Banjara Hills, Hyderabad-500034
India
**Phone Number:** +91-40-66368666-68
**Fax Number:** +91-40-66735596
**VoIP :** 302 355 3679
Mobile: +91-986 652 1832

Confidentiality Notice: This e-mail and any attachments and intended only for the users of those to whom it is addressed and may contain information that is confidential and prohibited from further disclosure under law. If you have received this e-mail in error, its review, use, retention and/or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of original message and any attachments.

Return of Service, Exhibit 1

6/18/2008

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Newman McIntosh & Hennessey, LLP

**SUMMONS IN A CIVIL CASE**

V.

President George W. Bush
Acumen Legal Services (India) Pvt.
Acumen Solutions, LLC
John Doe, Esq.
Jane Doe, Esq.

CASE

Case: 1:08-cv-00787
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 5/7/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Acumen Legal Services (India) PVT., Ltd.
Flat No. 101
#3-4-543 & 544 Laxmi Nilayam Apartment Adj: YMCA Ground
Narayanaguda, Hyderabad
500027 Andhra Pradesh
INDIA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph A. Hennessey, Esq.
Newman McIntosh & Hennessey, LLP
7315 Wisconsin Avenue, 700 East
Bethesda, MD 20814

an answer to the complaint which is served on you with this summons, within ___**20 days**___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                       MAY - 7 2008

CLERK                                             DATE

Return of Service, Exhibit 1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                  Date                      *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Return of Service, Exhibit 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Mukasey
   AG for US
   950 PA Ave, NW
   Washington, DC
       20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Samuel L Parker_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   MAY 20 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0006 2159 0173

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Return of Service, Exhibit 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon George W. Bush
1600 PA Ave, NW
Washington, DC
20500

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ~~THE WHITE HOUSE~~   ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 MAY 23 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0006 2158 9955

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Return of Service, Exhibit 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeffrey Taylor
   US Attorney for DC
   555 4th Street, NW
   Washington DC
   20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  [signature] ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   MAY 2 3 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0006 2159 0180

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Return of Service, Exhibit 4

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Acumen Solutions, LLC<br>110 Bering Drive #231<br>Houston, TX<br>77057 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number _(Transfer from service label)_ | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

Return of Service, Exhibit 5