IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Newman McIntosh & Hennessey, LLP**<br><br>   *Plaintiff*<br><br>v.<br><br>**George W. Bush et al.**<br><br>   *Defendants* | **Consent Motion To<br>Late File "Consent Motion To<br>Enlarge Time For Plaintiff To<br>File Opposition To Motion To<br>Dismiss"**<br><br>Case 1:08-cv-00787-CKK<br>Assigned to Judge Kollar-Kotelly |

    Newman McIntosh & Hennessey, LLP, with the consent of President of the United States George W. Bush, respectfully moves for permission to late-file its "Consent Motion to Enlarge Time for Plaintiff to File Opposition to Motion to Dismiss."  Plaintiff supports his motion with the attached Memorandum of Points and Authorities.

    Respectfully submitted this Wednesday, August 13, 2008.

*[signature]*

Joseph A. Hennessey, Esq.
DC Bar No. 453582
Newman McIntosh & Hennessey, LLP
7315 Wisconsin Avenue, 700 East
Bethesda, MD  20814
(301) 654-3400

4883615

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Newman McIntosh & Hennessey, LLP**<br><br>*Plaintiff*<br><br>v.<br><br>**George W. Bush et al.**<br><br>*Defendants* | **Memorandum of Points and Authorities in Support of Consent Motion To Late File "Consent Motion To Enlarge Time For Plaintiff To File Opposition To Motion To Dismiss"**<br><br>Case 1:08-cv-00787-CKK<br>Assigned to Judge Kollar-Kotelly |

Newman McIntosh & Hennessey, LLP, respectfully submits this memorandum in support of its Consent Motion to Late File "Consent Motion to Enlarge Time for Plaintiff to File Opposition to Motion to Dismiss."

- On July 28, 2008, President of the United States George W. Bush, through Assistant United States Attorney Caroline Lewis-Wolverton ("Ms. Lewis-Wolverton") filed a Motion to Dismiss the above-captioned complaint.

- Plaintiffs had anticipated a filing by President Bush on July 22, 2008 (See Docket 6).

- In order to respect scarce judicial resources and to focus on the substantive issues addressed in the above-captioned action, Plaintiff made no issue with President Bush's late filing.

4883615

- Plaintiff had a long-planned vacation from August 1-August 16, 2008.

- On July 29, Counsel for President Bush consented to an enlargement of time until August 29, 2008 for Plaintiff to file an Opposition to the Motion to Dismiss.

- From August 1 through August 12, 2008, the undersigned lacked adequate Internet connection to access the CM/ECF system as the cable access previously used at the vacation property had been uninstalled by the property owner.

- As the President of the United States has already consented to an enlargement of time for Plaintiff to file an Opposition to the Motion to Dismiss, granting the motion to late file the Consent Motion will incur no prejudice.

Respectfully submitted this Wednesday, August 13, 2008.

*[signature]*

Joseph A. Hennessey, Esq.
DC Bar No. 453582
Newman McIntosh & Hennessey, LLP
7315 Wisconsin Avenue, 700 East
Bethesda, MD  20814
(301) 654-3400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Newman McIntosh & Hennessey, LLP**<br><br>*Plaintiff*<br><br>v.<br><br>**George W. Bush et al.**<br><br>*Defendants* | **Order Granting Plaintiff's Consent Motion To Late File "Consent Motion To Enlarge Time To File Opposition To Motion To Dismiss"**<br><br>Case 1:08-cv-00787-CKK<br>Assigned to Judge Kollar-Kotelly |

The Court being in receipt of Plaintiff's Consent Motion to Late File Consent Motion to Enlarge Time for Plaintiff to File an Opposition to Motion to Dismiss; and

The Court finding that no prejudice is incurred by granting the motion; it is hereby

ORDERED that Plaintiff's Motion to Late File the Consent Motion to Enlarge Time to File Opposition to Motion to Dismiss is GRANTED.

Done this _____ day of _____, 2008.

_____
Judge
United States District Court for the District of Columbia

4883615

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Newman McIntosh & Hennessey, LLP**<br><br>*Plaintiff*<br>v.<br><br>**George W. Bush et al.**<br><br>*Defendants* | **Certificate Of Service For Consent Motion To Late File "Consent Motion to Enlarge Time For Plaintiff To File Opposition To Motion To Dismiss"**<br><br>Case 1:08-cv-00787-CKK<br>Assigned to Judge Kollar-Kotelly |

    I certify that on August 13, 2008, Plaintiff Newman McIntosh & Hennessey, LLP served a copy of Consent Motion to Late File Motion to Enlarge Time for Plaintiff to File Opposition to Motion to Dismiss on Caroline Lewis-Wolverton by electronic mail at caroline.lewis-wolverton@usdoj.gove and by First Class mail to Caroline Lewis-Wolverton, U.S. Department of Justice, Civil Division, Federal Programs Branch, P.O. Box 883, Washington, DC  20044

    Respectfully submitted this Wednesday, August 13, 2008.

*[signature]*

Joseph A. Hennessey, Esq.
DC Bar No. 453582
Newman McIntosh & Hennessey, LLP
7315 Wisconsin Avenue, 700 East
Bethesda, MD  20814

4883615

(301) 654-3400