IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Newman McIntosh & Hennessey, LLP**  *Plaintiff*  v.  **George W. Bush et al.**  *Defendants* | **Consent Motion To Enlarge Time For Plaintiff To File Opposition To Motion To Dismiss**  Case 1:08-cv-00787-CKK Assigned to Judge Kollar-Kotelly |

Newman McIntosh & Hennessey, LLP, with the consent of President of the United States George W. Bush, respectfully moves to enlarge time to file an Opposition to President Bush's Motion to Dismiss. By mutual agreement with Opposing Counsel Caroline Lewis-Wolverton, Newman McIntosh & Hennessey will file a reply on <u>August 29, 2008</u>.

Respectfully submitted this Wednesday, August 13, 2008.

Joseph A. Hennessey, Esq.
DC Bar No. 453582
Newman McIntosh & Hennessey, LLP
7315 Wisconsin Avenue, 700 East
Bethesda, MD  20814
(301) 654-3400

4883615

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Newman McIntosh & Hennessey, LLP**<br><br>*Plaintiff*<br><br>v.<br><br>**George W. Bush et al.**<br><br>*Defendants* | **ORDER ENLARGING TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS** |

The Court being in receipt of a Consent Motion to Enlarge Time for Plaintiff to File an Opposition to Motion to Dismiss until August 29, 2008; and

The Court finding that no prejudice is incurred by granting the motion; it is hereby

ORDERED that Plaintiff will file an Opposition The President of the United States' Motion to Dismiss on or before August 29, 2008.

Done this _____ day of _____, 2008.


_____
Judge
United States District Court for the District of Columbia

4883615

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Newman McIntosh & Hennessey, LLP**<br><br>*Plaintiff*<br>v.<br><br>**George W. Bush et al.**<br><br>*Defendants* | **Certificate Of Service For Consent Motion To Enlarge Time For Plaintiff To File Opposition To Motion To Dismiss**<br><br>Case 1:08-cv-00787-CKK<br>Assigned to Judge Kollar-Kotelly |

I certify that on August 13, 2008, Plaintiff Newman McIntosh & Hennessey, LLP served a copy of Consent Motion to Enlarge Time for Plaintiff to File Opposition to Motion to Dismiss on Caroline Lewis-Wolverton by electronic mail at caroline.lewis-wolverton@usdoj.gove and by First Class mail to Caroline Lewis-Wolverton, U.S. Department of Justice, Civil Division, Federal Programs Branch, P.O. Box 883, Washington, DC  20044

Respectfully submitted this Wednesday, August 13, 2008.

*[signature]*

Joseph A. Hennessey, Esq.
DC Bar No. 453582
Newman McIntosh & Hennessey, LLP
7315 Wisconsin Avenue, 700 East
Bethesda, MD  20814
(301) 654-3400

4883615