IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEWMAN MCINTOSH & HENNESSEY | ) |
| Plaintiff, | ) Civil Action No.<br>) 08-00787 (CKK) |
| v. | ) |
| THE HONORABLE GEORGE W. BUSH,<br>President of the United States<br>ACUMEN LEGAL SERVICES (INDIA) PVT. LTD.<br>ACUMEN SOLUTIONS, LLC and<br>JOHN DOE, ESQ. AND JANE DOE, ESQ., | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of **David M. Lubitz** as counsel in this case for defendant **Acumen Legal Services (India) Pvt. Ltd**.

Dated: August 14, 2008

                                                Respectfully submitted,

                                                **/s/ David M. Lubitz**
                                                DAVID M. LUBITZ
                                                Law Office of David M. Lubitz
                                                210 5th Street, NE
                                                Washington D.C. 20002
                                                (202) 492-4273
                                                david.lubitz@verizon.net
                                                D.C. Bar #457558