IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEWMAN MCINTOSH & HENNESSEY<br><br>  Plaintiff,<br><br>  v.<br><br>THE HONORABLE GEORGE W. BUSH,<br>President of the United States<br>ACUMEN LEGAL SERVICES (INDIA) PVT. LTD.<br>ACUMEN SOLUTIONS, LLC and<br>JOHN DOE, ESQ. AND JANE DOE, ESQ.,<br><br>  Defendants. | Civil Action No.<br>08-00787 (CKK) |

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned counsel of record for defendant Acumen Legal Services (India) Pvt. Ltd. certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of Acumen Legal Services (India) Pvt. Ltd. which have outstanding securities in the hands of the public.  These representations are made in order that judges of this court may determine the need for recusal.

Dated: August 14, 2008

                                              Respectfully submitted,

                                              */s/* **David M. Lubitz**
                                              DAVID M. LUBITZ
                                              Law Office of David M. Lubitz
                                              210 5th Street, NE
                                              Washington D.C. 20002
                                              (202) 492-4273
                                              david.lubitz@verizon.net
                                              D.C. Bar #457558

                                              Attorney for Acumen Legal Services
                                              (India) Pvt. Ltd.