IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Newman McIntosh & Hennessey, LLP**  *Plaintiff*  v.  **George W. Bush et al.**  *Defendants* | **Notice of Dismissal**  Case 1:08-cv-00787-CKK  Assigned to Judge Kollar-Kotelly |

The undersigned having accepted an offer to be a partner at a new law firm; Newman McIntosh & Hennessey, LLP soon to be dissolved as a law firm; there being neither an answer or a motion for summary judgment filed in response to the above-captioned complaint; Plaintiff respectfully provides its NOTICE OF DISMISSAL pursuant to Fed. R. Civ. P. 41 (a).

Respectfully submitted this Friday, August 29, 2008.

*[signature]*

Joseph A. Hennessey, Esq.
DC Bar No. 453582
Newman McIntosh & Hennessey, LLP
7315 Wisconsin Avenue, 700 East
Bethesda, MD  20814
(301) 654-3400

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Newman McIntosh & Hennessey, LLP**<br><br>  *Plaintiff*<br><br>v.<br><br>**George W. Bush et al.**<br><br>  *Defendants* | **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**<br><br>Case 1:08-cv-00787-CKK |

Plaintiff Newman McIntosh & Hennessey, LLP having filed a Notice of Dismissal pursuant to Fed. R. Civ. P. 41 (a); and

Defendants not having filed an answer or a motion for summary judgment; it is hereby

**ORDERED** that the above-captioned complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 41 (b).   Done this ___ day of _____, 2008.

_____
Judge, United States District Court

Copies to:

David M. Lubitz
Law Office of David M. Lubitz
210 5th Street, NE
Washington D.C. 20002
Attorney for Defendant Acumen Legal Services (India), Pvt.

Caroline Lewis-Wolverton
U.S. Department of Justice
Civil Division, Federal Programs
Branch, P.O. Box 883
Washington, DC  20044

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Newman McIntosh & Hennessey, LLP**  *Plaintiff*  v.  **George W. Bush et al.**  *Defendants* | **Certificate Of Service for Notice of Dismissal**  Case 1:08-cv-00787-CKK Assigned to Judge Kollar-Kotelly |

    I certify that on August 29, 2008, Plaintiff Newman McIntosh & Hennessey, LLP served a copy of its Notice of Dismissal upon Caroline Lewis-Wolverton by electronic mail at caroline.lewis-wolverton@usdoj.gov and by First Class at U.S. Department of Justice, Civil Division, Federal Programs Branch, P.O. Box 883, Washington, DC  20044; and to upon David M. Lubitz by electronic mail at David.Lubitz@verizon.net and by First Class Mail at Law Office of David M. Lubitz, 210 5th Street, NE, Washington D.C. 20002.

                                        */s/ Joseph A. Hennessey*

                                        Joseph A. Hennessey, Esq.
                                        DC Bar No. 453582
                                        Newman McIntosh & Hennessey, LLP
                                        7315 Wisconsin Avenue, 700 East
                                        Bethesda, MD  20814
                                        (301) 654-3400

4883615